**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00664-CV

**MEDICAL CITY DALLAS HOSPITAL, INC., ET AL., Appellants**

**V.**

**ARDELL WILLIAMS, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-13-04209-A**

## ORDER

We **GRANT** appellee's July 14, 2014 unopposed motion for an extension of time to file her brief. Appellee shall file her brief on or before **August 15, 2014**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
            JUSTICE